Print Form

1  Name: Ashley Mendez Guerrero  537 Glover Ave Apt 2 Chula Vista CA 91910
2  Address:
3  Telephone Phone: 858-933-5868
4  Email: ashley_guerrero11@icloud.com

**FILED**
Aug 17 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ dmartinez   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Ashley Mendez Guerrero
Plaintiff(s),

v.

SDPD Carmel Valley   Defendant(s).

Case No.: **'23CV1518 AGS DEB**
(assigned at time of filing)

**COMPLAINT**

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?
☐ Yes  ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

On July 1st I called the Police to ~~report~~ make a report about a man who was following me in his car and he got out and was coming towards me I was screaming to him no! to get away. I had a fractured ankle I was near my home I was scared. If It wasn't for a black tesla that passed by he had wrong intentions the man kept looking at my ankle confused he got scared when the tesla came he gets in his car and is waiting for me down a hill. He sees me quickly walking the street he comes up the hill so fast and the tesla was there watching what was going on. He gets near me with his car and sees that I was staying in the light on purpose if the man was going to do something I wanted there to be witnesses that could see me he gets angry and drives off. I ran home I call the police in the morning. They did not want to investigate I did let them know someone has been following me when I go on small walks with my dog. I was forced by my mother to go take my dog out even though I had a fractured ankle she did not care she was angry at me and would yell at me to take my dog out. I thought it was very suspicious. She kept insisting for me to take my dog out and every time there would be the same car following me. At home I was sexually and physically, mentally abused by my own family. My mother would blame every day for the sexual abuse I endured and if I spoke about it she would say she was going to harm herself or send me to a mental hospital. My mother would allow my brother to physically abuse me when she was not home she would have him to intimidate me. My mother did not want anyone knowing about the abuse she would discredit me in front of everyone saying I was mentally unstable. Every time I came back from home I would get a beating and she would have her friend Maria beat me punch me in the face while my mom was holding me and pulling my hair. Every time therapists and counselors would ask her why I was quiet and wasn't showing up to my classes she would manipulate and start crying saying I was the problem I was misbehaving I couldn't trust anyone so I wouldn't say anything I told all my family about the sexual and physical abuse or what was going on. My cousin Enrique Guerrero Jr threatened my mom from me going to the police and told them everything that was going on at home. My mother used Enrique Jr Guerrero mother Id to make bank accounts with my mothers picture. He said he would turn her in to immigration if I spoke about it. My mother started saying I deserved all the abuse and no one will ever believe me if I spoke about it. When I told my mom why she would tell me to walk my dog when I had a fractured ankle, she would tell me to shut up & to listen to her. My brother & sister on July 3rd were both drunk and came into my room and my brother charged at me telling me to stop playing my harp. I was so scared I thought he was going to hit me like he has done before he broke his gfs nose. My mother has gotten arrested many times for domestic violence as well and my sister for dui's. I went to a neighbor to let them know what was going on at home I already had a flight ready on July 2nd to Paris, France I did not let anyone know. I did not want my family to know where I was going I wanted to leave from all the abuse but I fractured my ankle and had to cancel my flight and things got worse at home I had to make all of my meals and take myself to the doctor my mother kept saying she wished both of my legs were broken. After going to the neighbor my neighbor sent a text message to my stepfather saying my mom has been behaving very odd since I tried to make a police report about the man following me. My mother came in yelling at me with my brother I told them if my brother hits me I'm going to the police my mother starts making phone calls to have someone from TJ, Mexico to come pick me up and take me to a psychiatric facility without my will. I get so scared I have told my neighbor already and others. My sister my brother and my stepfather were planning this. My sister was angry at me because I was speaking about her involving me in her sexual activities with my cousins and other girls that were friends that would come to our house. I was to obey her. I was understand what was going on I stopped listening to her and my mom would tell me I had to obey her. I was so disgusted of my family and there incest secrets I kept running away and it would get worse I have evidence and text messages of them trying to remove me from my home when I had a fractured ankle. My mom and my family were so angry I exposed them they wanted to send me away without anyone knowing I got so scared so I got to the police in Carmel Valley

2

pg 2

I go to the Police department in Carmel Valley I was so scared I let them know everything that has been going at home. I was so nervous and emotionally distress from everything that has occured in my family and how they were trying to cover up the abuse. My mother blamed me after I told her someone was following I told her you are the one who was telling me to walk my dog and would yell at me if I didn't not caring about my fractured ankle I had to do it in crutches as well and she didn't care. I let the Police know about the abuse with my cousin. I tell them about the man following me and my mother blaming me I tell them about the abuse of my cousin sexually touching me. I was holding everything in for so long and everytime I spoke about it I got punished. I tell them about me calling the Police about the man following me. The Police officer did not even try to investigate he just said he didn't do anything to you it's not a crime. The Police officers did not believe anything I was saying. All they did was call my mom & my mother said none of the things I was saying was true. I was appalled from the Polices behavior none of them went to investigate nor did they investigate the situation. They were to busy just lounging in their office. They were asking me if I wanted to file a police report against my cousin I said I was scared I still have to go home after this all they did was make things worse by calling my mom. My mother would never say the truth about anything and my siblings will protect her even if she is wrong I let them know they didn't care whatsoever. The police neglected everything I was telling them they did not investigate about the man like they said they were. I kept calling their office and they purposely would not pick up my phone calls. The Police did not take this situation seriously nor cared to do so. They just believed everything my mother was saying. They asked me if I wanted to harm myself I looked at them it was very odd the way they were treating me. I said no I am trying and asking to live I am fighting for my life here and I came to you guys I have no one to protect me especially from everything that has occured in my life. I told them everything my family was planning I thought you guys can help me. I have the outmost respect for Police officers and for what they do I thought they were suppose to protect us. I was so wrong I was treated like I was a criminal, like it was my fault and my mother was the victim. I still had a little bit of faith they would investigate but I was wrong. That same day I go home and things got worse because the police spoke to my mom & took her side. I go upstairs and my mother is sitting at the end of the table laughing either friend on the phone. My mother hangs up and tells me no one will ever believe you for everything she has done. I told her I'm not scared of her the police are going to investigate and I told them the truth and she will not stop me anymore for saying the truth. My mother tells me my neighbor is coming over and to tell her to lie to her about everything I said no I have been saying the truth. My neighbor is downstairs and my mom is telling her lies saying she loves me and is worried about me. I go downstairs I tell my mom in front of my neighbor "Angie Martinez" It's okay mom you can stop pretending I told her everything. Even you trying to send me to a mental facility in Mexico but your plan didn't work because I told the Police. My mother turns around angrily and stays quiet. I tell my neighbor everything I said is true. It was very uncomfortable for her so she is on the phone on July 6th of my birthday

pg 3

My mother tells me she wants me out of the house to pack all my stuff. I had a fractured ankle I had no place to go. I spent all my savings in taking myself to doctors appointments and food and physical therapy. I call her friend Steve Scola a church friend who would take me to school. I let him know the truth. I am calling monasterys, shelters just so I can stay there until I recover from my fractured ankle but every place was full. I was scared of leaving also because the police was still investigating about the man following me and I wanted to know who this guy was and what did he want. ~~middle eastern~~ The men looked ~~arabic~~ middle eastern and the ~~indies~~ I know where my neighbors so I gave a purse to my neighbor as a gift. It was just to test their intentions. I was scared I did not know who it was that was following me. I did let the police know I dont know if it was my ex bf Mohaymen Saeed Eqbal. I was in a 10yr relationship with him his father rewarded 25 million dollars in pakistan and was recruited to the CIA for selling information. I was trying to investigate on my own because no one else was. He had lots of enemies and I did not know who would try to do such a thing. He was very abusive and controlling so I disappeared and didn't want anything to do with him. He was arrested for physically abusing me I have pictures videos of it. On July 7th the police come to my house I see them in my window as I was packing getting ready to leave my moms house. I was so relieved they actually came. I see my brother talking to them I am trying to put my boot on for my fractured ankle but I couldnt. So I just run downstairs. My brother already told them all these lies saying I was dellusional banging on walls and making my mom upset. I started crying because I see the white officer and she already had her mind made up I already had this gut feeling she believed my brother. The white officer is looking at me with disgust, she did not believe nothing I told her. The officer kept looking away when I was talking to her. The officer kept looking at my skin. I was so frustrated. The officer kept asking me non related questions asking me my religion. I told her I pray in Latin, Aramaic, hebrew. In my freetime when I am not playing my harp I like to study languages but that has nothing to do with this. I told her I am very disciplined in my life I wake up at 4 to pray I workout I paint I play my harp I read my bible I work for myself I stay to myself because my family try to sabotage everything I do to create. I told her I was packing because my mother kicked me out for going to the police and saying the truth. The police officer said that is no true your mother didnt kick you out. The officer asks me about my ankle I told her I fractured it at work she said that was not true that my mother says its not true. I told her to check hospital records she said no. I told her I had evidence that my mom kicked me out and my family was planning to get rid of me I had a video I showed it to her. She did not want to see it at all I put in her face and she said I dont speak spanish. I am telling her I am telling you the truth. This is evidence. I tell her I want to go to the police because I need help I had evidence to back up everything I was saying and she did not want to see it. The officer said I cant leave I am being detained. I said no I did not do anything I have been telling the truth she kneels down and tells me your mother did not kick you out. My mother was crying telling her all these lies and the officer believed her when she had no evidence. When I did my mother

pg 4

I'm white skinned and so is my brother. They always use that to their advantage to play victims in any situation. The officer since the beginning did not believe anything I was saying, she looked at me with disgust and the black officer that was with her ~~s~~ knows it was wrong what she was doing but he was just following her orders. He kept trying to calm me down and asking me questions about my life I told him I paint I do archery I play the harp and was taking riding lessons before I fractured my ankle. I told them I was teaching the children in my neighborhood how to use a bow and arrow. ~~~~ The white officer tells me to go with them I am detained I say for what ~~~~ and she says she believes I want to harm myself. I told her how if I have been saying the truth & you don't want to look at evidence ~~~~ ~~I was lying psychologically intimidating me.~~ She says she doesn't believe me from my fractured ankle and that my mom didn't kick me out. She ~~~~ I tell her okay do what you have to do. I tell them I need some stuff she says I am detained she needs to go with me. I see my brother smiling through the window. I go into my room & they see all these luggage's packed, the two officers are staring at each other the officer who was african american had a guilty face expression. He sees my harp and all my paintings. I tell them I was not lying. They see I wasn't trying to harm myself. I told her I have never said I wanted to harm myself. They handcuff me and my neighbors are all watching it was so humiliating. She tells me I am only detained for a couple hours then I can go home I said okay. In the car she says its only for a day. When I see where she takes me I start worrying. They take me to a physiatric facility they get me out of the car I started to cry I said this feels so wrong I have been saying the truth. She tells me they are going to get me in a 72 hr hold. I cry even more. I was so scared terrified headed I even got here. I can never confide in the police. They are lazy did not want to investigate. They had no right intentions. They were completely being biased taking my ~~mom~~ side. This was abuse of power. The police were being dishonest about the whole situation from the beginning, I was unlawfully detained when I had evidence and was saying the truth. They applied wrong legal standard they violated my civil rights my 1st and 2nd Amendments. I suffered from severe emotional distress. Police and response team shared blame for this gross miscarriage of justice. ~~The~~ Police at the Precinct quickly grew skeptical of me and treated me with mistrust I was treated in a condescending manner and was spoken to as though I'm crazy. I tell them to stay I see there bodycams so they can record everything until the end because I was absolutely going to stick to it. I have absolute no reason to lie. to file a lawsuit after this I have evidence of me saying the truth and

pg 5.

At the facility the officers are there waiting for a psyceatric doctor to see me. I kept seeing the white officer whisperto her things about my ankle and that she believes I wanted to harm myself. The phsyceatric doctor tells me to remove my shoe so I did. The Doctor tells the nurse we need to take her to the Emergency room right now send transportation. The white officer looks embarrassed and she walks out. She was extremely certain that I was lying about everything I wanted them there still so the bodycam videos can be used in court when I take them to trial. They take me to the hospital they take trays and they tell me my ankle is fractured to not put any weight on it whatsoever. ~~~~~~~~ I was next to a felon who was handcuffed to the bed it was traumatizing. I kept praying trying to remain calm. I cant beleive this happened to me. I was so scared I get released at 4am and they take me back to the facilty it was so scary this all scared me for life I will never confide in any police or authority they are all corrupt liars. I am so dissapointed in the police system they failed me, I get scared every time I see a cop I is now live in fear because of them this is not okay. At the facility another doctor is telling me I need surgery for my ankle. I was being polite to everyone. They take me to a room it was the most traumatizing thing being there. The police neglected the investigation and they would rather send people to a phsycedric facilty than doing there job which is to protect. My rights were not respected wolffully intded to pursue justice as soon as I got out of there and I will continue to do so. Nothing will stop me for all the negligence inflected & emotional distress they deliberately phsycollogically harmed me. The doctors immediatly released me in the morning I still stuck to my truth and will always stand by the truth. In my health Record It says I was having a pschosis which is not true! post traumatic stressed disorder unspecified. On the documents the police wrote that I have been giving my belongings away, that I beleived I was being followed, that my mother was poisoning my food all lies from the police office who purposly did not want to see evidence when it was presented to her. The standard requirement for forcible commitment to a mental hospital is that the patient must exhibit a danger to heself or others. My hospital records show absolutly no violent behavior or justification for my involuntary detainment. I want to study law and adopt and the phoyo and stoff

Pg 6

All this was physcological intimidation
Malicious prosecutions
Second amendment infringment
unlawful detention
Perjury
intimidation
Did not apply summant
Police misconduct
Violating civil rights on three occasions
Dishonesty
Abuse of power
Illegal detention
falsely chased into a motel parking
Applied wrong legal standard
Suffered Severed emotional distress
Unreasonable seizure of fourth amendmet
negligent inflection of emotional distress
Deprivation Rights under color of law major federal crime
Police and response team share in the blame for this gross miscarrage of justice
My rights must be respected!
Seeks damages and compensation for wrongful treatment and misconduct.
~~Prosecution~~
Bias based policing
Medical malpractice

**III. RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I am asking for the court to have possession of the Police bodycams. To question the Physchological Doctor that valuated me and imediatly released me. I want this case to go to trial and realize the damage the Police caused on my ~~mental~~ health record. I want the physciatric facility entry to be removed out of my health record. I want all Police involved at the trial to be questioned.

I want officer Laura Adler to be removed out of her position for perjury & intimadation & refusing to investigate when I had all evidence and witnesses she refused to see it

I want the court to investigate all of her cases and people she wrongfully arrested for abuse of power. Laura Adler & the other Police officers unethical behavior should all be investigated.

Asking the court to retrain all officers involved in this case & change policies to protect others from police misconduct & malicous conduct & deter them from victimizing other people in the future.

Asking the court for monetary damages

Asking the court for ~~punitive~~ compensatory damages

Asking the court for punitive damages

Asking the Court to check all cameras where the incidents occured

Asking the Court to confiscate cellphones from the defendants

Asking the Court to investigate properly and question all the witnesses involved in this case.

Asking the Court to investigate my Mother Consuelo Guerrero and evaluate her ~~mental health~~

Asking the Court to bring all witnesses to trial, Angie Martinez, Steve Scola, Joe my manger from apartments, my cousin Enrique Guerrero Jr, My Aunt Veronica Rodriguez, my grandma Alicia Leon Guerrero, My father Eduardo Mendez, My Aunt Rocio Ivanov, my heart teacher Ramona, My teacher, Mr. Williams, Grace, ~~neegor~~ Juan, Maria Rodriguez, _____ important it all

IV.   **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

~~Yes!!!!! Please!!!!!~~

I declare under penalty of perjury that the foregoing is true and correct.

Date   8/17/2023                Signature _____

                                Printed Name   Ashly Menelez Guerrero

4