UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Ashely Mendez GUERRERO, | Case No.: 23-cv-1518-AGS-DEB |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| v. | |
| SDPD CARMEL VALLEY, et al., | |
| Defendants. | |

The Court previously ordered plaintiff Ashley Mendez Guerrero to show cause by April 24, 2024, why this case shouldn't be dismissed because she hadn't "taken [any] action" to prosecute the case for over six months. (See ECF 6, at 1.) Guerrero did not respond or take any other action. So the case is dismissed without prejudice for failure to prosecute. The Clerk is directed to close this case.

Dated: April 25, 2024

_____
Andrew G. Schopler
United States District Judge